FILED
2017 MAR 20 PM 2:00
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY ___

ANSHU PATHAK
5615 CAMERON ST, # 7
LAS VEGAS, NV 89118
702 686 3369

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ANSHU BHARAT PATHAK,

    Plaintiff,

vs.

SUNIL BHASIN;

DOLORES JOJOLA;

DAVID ALAN HICKS;

CHARLOTTE SPADARO;

THOMAS GILLEN;

GARY REDINGER;

LEONARD MEDINA;

JON MAUK;

JOHN WARNER;

TOM LAWYER AKA THOMAS LAWYER;

CHARLES PEMBER;

TED Y. ONG;

ALLIED GLOBAL CARE, INC.;

ALLIED GLOBAL CARE;

CITY OF SAN BERNARDINO

MARTIN MARTINEZ;

ANGELICA JUANA HERNANDEZ

DENNIS MCMULLIN

AND DOES 1 THROUGH 10

    Defendants

CASE NUMBER ED CV17-00521 SJO (DTBx)

COMPLAINT FOR FRAUD

FEE PAID

Plaintiff Anshu Pathak alleges as follows:

COMPLAINT - 1

## PARTIES

1. Plaintiff Anshu Pathak is residence of Las Vegas, Nevada.
2. All named Defendants are residents of State of California or doing business in State of California.

## JURISDICTION

3. This court is proper jurisdiction as Defendant Sunil Bhasin filed Bankruptcy in this jurisdiction on February 16, 2010. 6:10-bk-14087-TD.
4. This court is proper jurisdiction as City of San Bernardino has filed an in accurate and illegal lien in County of San Bernardino, which is under the jurisdiction of this court.

## FIRST CAUSE OF ACTION

## FRAUD AGAINST ALL DEFENDANTS

5. On 7/15/1997 Wells Fargo Bank filed a civil action against Defendant Sunil Bhasin and obtained judgment over $ 100,000 in Case Number SCVSS40011.
6. To avoid the judgment, Defendant Sunil Bhasin was obtaining real estates in name of Corporations, Trusts and Fictitious businesses in name of his associates.
7. On or around 2008 County of San Bernardino started auctioning properties [Tax Lien Sale] owned by Corporations, Trusts and Fictitious Businesses of Mr. Sunil Bhasin to recover property taxes.
8. To avoid the "Tax Lien Sale" Defendant Sunil Bhasin sold properties to Plaintiff in 2008.
9. After obtaining the properties in 2008, Plaintiff paid property taxes to County of San Bernardino and stopped "Tax Lien sales.
10. On 2/26/2008 Defendant Dennis McMullin filed foreclosure action against Defendant Sunil Bhasin, Charles Pember and others for properties located in City of Highland. Case Number CIVSS802479.

11. Properties in City of Highland were recorded in name of ALL STAR AUTO but Fictitious name was not recorded and was not published in local news-paper as required by the law by Defendant Sunil Bhasin or his associates.

12. Defendant Sunil Bhasin was not able to STOP foreclosure as the properties were not recorded in his personal name or fictitious business name filed in his name or published in his name. Case Number CIVSS802479.

13. In August 2008, on request of Defendant Sunil Bhasin, Plaintiff Anshu Pathak filed Fictitious Business Name in name of "All Star Auto" to fight the civil action in Case Number CIVSS802479.

14. Defendant Dennis McMullin added name of Plaintiff Anshu Pathak as Defendant in Case Number CIVSS802479.

15. Plaintiff stopped foreclosure action filed by Dennis McMullin and obtained properties located in City of Highland in his personal name through a court recorded settlement agreement. Case Number CIVSS802479.

16. On February 16, 2010 Defendant Sunil filed bankruptcy in Central District of California and claimed that he did not own any real estate or personal property. Case Number 6:10-bk-14087-TD.

17. After the discharge of Bankruptcy, Defendant Sunil Bhasin continued civil actions and filed new civil actions against Plaintiff and other Defendants for personal properties and real estates which were not mentioned in Bankruptcy Court.

18. Defendants Sunil Bhasin, Dolores Jojola, David Alan Hicks transferred properties owned by Plaintiff and his family trust without permission and knowledge of Plaintiff in City of San Bernardino.

19. City of San Bernardino filed an invalid lien in amount of $ 100,000 with wrong information in County of san Bernardino without giving proper notice to Plaintiff and Plaintiff's Family Trust.

20. Defendant Sunil Bhasin, Dolores Jojola, David Alan Hicks, Thomas Gillen, Charlotte Spadaro, Gary Redinger, Alberto Pancho, Jon Mauk, John Werner, Tom Lawyer, Charles Pember, Allied Global Care, Inc., Allied Global Care, Martin Martinez, Angelica Juana Martinez filed fraudulent documents with forged signatures in civil actions related to properties sold to Plaintiff.

21. Defendants Sunil Bhasin, Dolores Jojola, David Alan Hicks, Thomas Gillen, Charlotte Spadaro, Gary Redinger, Alberto Pancho, Jon Mauk, John Werner, Tom Lawyer, Charles Pember, Allied Global Care, Inc., Allied Global Care, Martin Martinez, Angelica Juana Martinez filed fraudulent affidavits under penalty of perjury and knowingly filed documents with forged signatures.

22. Defendants Sunil Bhasin, Dolores Jojola, David Alan Hicks, Thomas Gillen, Charlotte Spadaro, Gary Redinger, Alberto Pancho, Jon Mauk, John Werner, Tom Lawyer, Charles Pember, Allied Global Care, Inc., Allied Global Care, Martin Martinez, Angelica Juana Martinez filed fraudulent "Proof of Service" with forged signatures in civil actions filed against Plaintiff.

23. Defendants Thomas Gillen, Charlotte Spadaro and Gary Redinger filed fraudulent affidavits for money paid for their legal services in civil actions filed against Plaintiff.

24. Defendants Thomas Gillen, Charlotte Spadaro and Gary Redinger allowed Defendant Sunil Bhasin to file fraudulent "Proof of Service" with forged signatures of process servers in civil actions filed against Plaintiff.

25. Defendants Thomas Gillen, Charlotte Spadaro and Gary Redinger allowed Defendant Sunil Bhasin to prepare and file legal documents in name of their Law Office with forged signatures in civil actions filed against Plaintiff.

26. Defendant Charles Pember recorded fraudulent Grant Deeds on instructions of Sunil Bhasin to commit a loan fraud in State of California.

27. Defendant Martin Martinez and Angelina Juana Hernandez filed fraudulent Grant Deeds in County of San Bernardino to hide properties owned by Defendant Sunil Bhasin.

[Defendant Sunil Bhasin has mentioned about his arrangements with Martinez and Hernandez in Case Number CIVDS1508589 filed on 6/22/2015.

28. Defendant (disbarred) Thomas Gillen has filed "Auto Accident" for Defendant Sunil Bhasin after he was disbarred to practice law in State of California. Case Number RIC 1503734.

29. Defendant Gary Redinger (suspended) filed a Civil Action against Plaintiff. RIC 1604484 to harass Plaintiff.

30. Defendant Sunil Bhasin and his associates disbarred and suspended attorneys has filed following civil actions against Plaintiff for PERSONAL PROPERTIES and REAL ESTATES which were not mentioned to Bankruptcy Court in 2010.

   1. CIVSS802479
   2. CIVDS1408763
   3. CIVDS1408683
   4. CIVDS1508589
   5. CIVDS1617097
   6. RIC 1604484

31. Defendant Sunil Bhasin and named Defendants filed fraudulent "Proof of Service" with forged signatures and obtained "Defaults" in different civil actions against Plaintiff and others residing in State of NJ and State of IL.

32. This action is filed in District Court to dismiss all civil actions filed against Plaintiff by Defendant Sunil Bhasin in State of California with prejudice on following grounds.

   1. Personal Properties and Real Estates were not mentioned in Sunil Bhasin's Bankruptcy.
   2. Personal Properties and Real Estates were sold to Plaintiff in 2008, before Defendant Sunil Bhasin filed his Bankruptcy in 2010.
   3. In 2012, Defendant Sunil Bhasin and his associates illegally transferred Properties owned by Plaintiff and his Family Trust without knowledge and permission.

COMPLAINT - 5

    4. In 2010, Defendant Sunil Bhasin did not declare in his Bankruptcy filing that he had financial interests in properties sold to Plaintiff.

    5. Bankruptcy court did not authorize Defendant Sunil Bhasin to file civil action against Plaintiff for properties sold to him in 2008.

    6. Plaintiff did not hire Defendant Sunil Bhasin as an employee.

33. In 2008, Defendant Sunil Bhasin sold properties located in State of California to Plaintiff in 2008 as representative of Nevada Non-Profit Corporation and Trusts to Plaintiff.

34. On February 16, 2010 Defendant Sunil filed bankruptcy in Central District of California and claimed that he did not own any real estate or personal property. Case Number 6:10-bk-14087-TD.

35. [Case Number CIVSS802479, CIVDS 1408683, CIVDS1408763, CIVDS 1508589 and CIVDS 1617097]

36. Defendant Sunil Bhasin obtained judgment in amount of $ 2,365,546.00 for properties which were not mentioned in his bankruptcy with forged signatures and fraudulent affidavits and invoices. Case Number CIVSS802479.

37. Defendant Sunil Bhasin claimed in his Bankruptcy that he had $ 60 Cash on February 16, 2010.

38. Defendant Sunil Bhasin claimed in his Bankruptcy that he had personal property in amount of $ 410.00 on February 16, 2010.

39. Defendant Sunil Bhasin claimed in his Bankruptcy that he owned 2001 Nissan worth $ 350.00 on February 16, 2010.

40. Bankruptcy Court did not give permission to Defendant Sunil Bhasin to proceed in Case Number CIVSS802479 to recover his damages occurred before filing of his bankruptcy.

41. On January 29, 2015 Defendant Sunil Bhasin filed Exhibits in Case Number CIVSS802479.

42. On January 29, 2015 Defendant Sunil Bhasin filed Declaration with forged signatures of Charles Pember to obtain judgment in amount of $ 2,365,546.00.

COMPLAINT - 6

43. On January 29, 2015 Defendant Sunil Bhasin made a false representation to the court that Declaration was signed by Charles Pember.

44. On January 29, 2015 Defendant Sunil Bhasin had knowledge of falsity that Declaration was not signed by Charles Pember.

45. On January 29, 2015 Defendant Sunil Bhasin had intent to defraud the court to obtain the judgment by filing declaration of Charles Pember.

46. Hon. Judge John M. Pacheco relied on Plaintiff's declaration and issued judgment in Case Number CIVSS802479 in an amount of $ 2,365,546.00.

47. Plaintiff is damaged due to the fraud of Defendant Sunil Bhasin and his associates in an amount of $ 10,000,000.00 or amount to be proven at the time of trial.

48. All the Defendants knowingly filed fraudulent documents, affidavits, forged signatures to defraud the Plaintiff.

## PRAYER FOR RELIEF

Plaintiff requests court to issue judgment as follows.

49. Damage in an amount of $ 1000,000.00 against Defendant Sunil Bhasin.

50. Damage in an amount of $ 1000,000.00 against Defendant Thomas Gillen.

51. Damage in an amount of $ 1000,000.00 against Defendant Gary Redinger.

52. Damage in an amount of $ 1000,000.00 against Defendant Charlotte Spadaro.

53. Damage in an amount of $ 1000,000.00 against Defendant Dolores Jojola.

54. Damage in an amount of $ 1000,000.00 against Defendant David Alan Hicks.

55. Damage in an amount of $ 100,000 against rest of the named Defendants or in an amount court deems just and proper.

56. All civil actions filed by Defendant Sunil Bhasin against Plaintiff on or before March 20, 2017 are dismissed with prejudice.

57. Judgment issued in favor of Defendant Sunil Bhasin is Void in Case Number CIVSS802479.

58. Defendant Sunil Bhasin cannot file any civil actions against any parties for any real estates which were sold or transferred by him as representative of Trusts and Corporations before filing his personal Bankruptcy on February 16, 2010. Case Number 6:10-bk-14087-TD.

59. The lien filed by City of San Bernardino for property located at 179 West Highland and attached property is void.

_____
Anshu Pathak
Plaintiff
In Pro Per